**Exhibit A**

**Schedule of Settlement Subject to Court Approval**

| Company Name | Adversary Number | Gross Amount Demanded | Settlement | Comment |
|---|---|---|---|---|
| Flexport, Inc. | 24-50062 | $852,129.73 | $25,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4), and taking into consideration potential shipper lien right assertion. |