**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Armstrong Flooring, Inc., *et al.*,1<br><div align="right">Debtors.</div> | Chapter 7<br><br>Case No.: 22-10426 (MFW)<br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br><br><div align="right">Plaintiff,</div><br>vs.<br><br>Flexport, Inc.,<br><br><div align="right">Defendant.</div> | <br><br>Re: Docket No. _____<br><br><br>Adv. No.: 24-50062 |

**ORDER APPROVING PLAINTIFF'S FOURTH MOTION FOR**
**AN ORDER APPROVING SETTLEMENT OF AN AVOIDANCE ACTION**
**PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Plaintiff's *Fourth Motion for an Order Approving Settlement of An Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

1 The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

2  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

4899-4425-7592.1 31272.001

1.      The Motion is **GRANTED**.

2.      The settlement of the Avoidance Actions against the Defendant listed on **<u>Exhibit A</u>** attached to the Motion is approved.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.