**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Armstrong Flooring, Inc., *et al.*,[1]<br>                      Debtors. | Chapter 7<br><br>Case No.: 22-10426 (MFW)<br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br>                      Plaintiff,<br>vs.<br>Flexport, Inc.,<br>                      Defendant. | **Obj. Deadline: May 6, 2025, at 4:00 p.m. (ET)**<br>**Hrg. Date: May 28, 2025, at 2:00 p.m. (ET)**<br><br>Adv. No.: 24-50062 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 22, 2025, Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc. (the "Trustee" or "Plaintiff"), filed *Plaintiff's Fourth Motion for an Order Approving Settlement of An Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **May 6, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Mary F. Walrath on **May 28, 2025, at 2:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware. Only those objections that are timely filed and served so as to be received on or before the Objection Deadline will be considered by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

4896-7339-7304.1 31272.001

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 22, 2025   **PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342

*Counsel for Plaintiff, Chapter 7 Trustee*