IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Armstrong Flooring, Inc., *et al.*,[1]<br>                                    Debtors. | Chapter 7<br><br>Case No.: 22-10426 (MFW)<br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br><br>                                    Plaintiff,<br>vs.<br><br>Flexport, Inc.,<br><br>                                    Defendant. | Adv. Pro. No.: 24-50062 (MFW)<br><br>**Re: Adv. Docket No. 14** |

**CERTIFICATE OF NO OBJECTION FOR PLAINTIFF'S FOURTH MOTION FOR AN ORDER APPROVING SETTLEMENT OF AN
AVOIDANCE ACTION PURSUANT TO FED. R. BANKR. P. 9019**

      I, Peter J. Keane, counsel to Alfred T. Giuliano, chapter 7 trustee for the estates of Armstrong Flooring, Inc. and the above-captioned debtors (the "Trustee" or "Plaintiff"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to *Plaintiff's Fourth Motion for an Order Approving Settlement of An Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* (filed on April 22, 2025, at Adv. Docket No. 14) (the "Motion").

      The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than May 6, 2025, at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

4911-8178-0545.1 31272.001

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at its earliest convenience of the Court.

Dated: May 8, 2025         **PACHULSKI STANG ZIEHL & JONES LLP**

By:  /s/ *Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:     bsandler@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq. MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3846
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342

*Counsel for Plaintiff, Chapter 7 Trustee*